453 A.2d 22

Commonwealth v. Jordan, Appellant.
Reargument Denied Dec. 30, 1982.

Argued March 3, 1982. Kalvin Kahn, for appellant; Nancy Dena Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Affirmed.